UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STEVEN HAUBENSTRICKER,**

     Plaintiff,

                                             Civil No. **08-15218**
                                             Hon. John Feikens

     v.

**COMMISSIONER OF SOCIAL SECURITY,**

     Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

     The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **9/28/2009**, and noted that no objections were filed by either party,

     **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                             **s/John Feikens**_____
                               John Feikens
                               United States District Judge

Dated:  October 22, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 22, 2009.

s/Carol Cohron
Deputy Clerk